UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD UMINA,<br><br>   Plaintiffs,<br><br>  v.<br><br>RODERICK MACKENZIE, et al.,<br><br>   Defendants. | No. 2:18-cv-02767-TLN-CKD<br><br><br>ORDER |

  Plaintiff is proceeding in this action pro se. This action was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

  On December 13, 2018, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 20.) That period having passed, no party has objected to the findings and recommendations.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 13, 2018, (ECF No. 20) are adopted in full;
2. Plaintiff's motion for remand (ECF No. 11) is granted;
3. This action is summarily remanded to the Sacramento County Superior Court; and
4. The Clerk of Court shall close this case.

Dated: February 4, 2019

Troy L. Nunley
United States District Judge

2